STATE v. CINTRON

No. 190A99

Case below: 132 N.C.App. 605

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 22 July 1999.

STATE v. COOKE

No. 189P99

Case below: 132 N.C.App. 586

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. CREECH

No. 242P99

Case below: 133 N.C.App. 191

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. CUMMINGS

No. 4A95-2

Case below: Brunswick County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Brunswick County, denied 19 August 1999.

STATE v. DAVIS

No. 45P99

Case below: 131 N.C.App. 879

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.